UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA MORONES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAWLEY & BERGMANN, LLP, ET ) <br> AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C-12-00393 PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the above-captioned action has settled. Plaintiff Aurora Morones ("Morones") shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) later than April 30, 2012. If a dismissal is not filed by that date, Morones shall appear on May 1, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Case No.: C 12-00393 PSG
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

      IT IS SO ORDERED.

Dated: 3/26/2012

                                    PAUL S. GREWAL
                                    United States Magistrate Judge

Case No.: C 12-00393 PSG
STANDBY ORDER TO SHOW CAUSE